UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA DICILLO, individually, | Case No.: 2:18-cv-00729-JCM-GWF |
| Plaintiff, | |
| v. | |
| GGP MEADOWS MALL L.L.C.; FOREVER 21 RETAIL, INC.; DOES I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

## PARTIES' STIPULATION TO EXTEND DISCOVERY DEADLINES

Pursuant to LR 26-4, the parties submit the following Stipulation to Extend Discovery Deadlines:

**(1)  Discovery Completed**

The parties timely exchanged initial disclosures on or before June 1, 2018 and agreed to a mediator on or before June 29, 2018 in accordance with the Discovery Plan and Scheduling Order (Dkt. # 11). The parties have each served written discovery requests and are in the process of answering interrogatories and requests for production. An inspection of the subject product occurred on August 14, 2018.

**(2)  Description of Remaining Discovery**

Due to ongoing fact discovery and the recent inspection of the subject product, the parties agree, and good cause exists, to extend the expert disclosure deadline currently set for August 17, 2018 and all discovery deadlines. The parties agree that to complete discovery, all discovery and case deadlines should be extended by approximately two months. The parties therefore stipulate to the following amended dates:

(3) **Proposed Schedule for Remaining Discovery**

| Deadline | Original Deadline | New Agreed Deadline |
|:---:|:---:|:---:|
| Expert Disclosures | August 17, 2018 | October 19, 2018 |
| Rebuttal Expert Disclosures | September 19, 2018 | November 19, 2018 |
| Discovery Cut-Off | October 19, 2018 | December 21, 2018 |
| Mediation Completion | October 31, 2018 | December 31, 2018 |
| Dispositive Motions | November 19, 2018 | January 21, ~~2018~~ 2019 |
| Pre-Trial Order | December 19, 2018 | February 19, ~~2018~~ 2019 |

LR 26-4 governs modifications or extensions of the Discovery Plan and Scheduling Order. The foregoing stipulation is being timely made on or before September 28, 2018 – more than 21 days before the discovery cut-off date.

DATED: August 17, 2018

| /s/ Joshua L. Benson | /s/ Alan W. Westbrook |
|---|---|
| Joshua L. Benson, Esq.<br>Nevada Bar No. 10514<br>GLEN LERNER INJURY ATTORNEYS<br>4795 South Durango Drive<br>Las Vegas, NV 89147<br><br>*Attorneys for Plaintiff* | Alan W. Westbrook, Nevada #6167<br>Nevada State Bar No. 6167<br>PERRY & WESTBROOK, P.C.<br>1701 W Charleston Boulevard, Suite 200<br>Las Vegas, NV 89102<br>awestbrook@perrywestbrook.com<br><br>and<br><br>Kevin C. Schiferl (*pro hac vice*)<br>Indiana Bar No. 14138-49<br>Jessica Williams Schnelker (*pro hac vice*)<br>Indiana Bar No. 31566-49<br>FROST BROWN TODD LLC<br>201 N. Illinois Street, Suite 1900<br>P.O. Box 44961<br>kschiferl@fbtlaw.com<br>jschnelker@fbtlaw.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE


DATED:  8/20/2018


0000HSO.0657366   4849-0489-5600v1