UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTORIA DICILLO, individually,<br><br>Plaintiff,<br><br>v.<br><br>GGP MEADOWS MALL L.L.C.; FOREVER 21 RETAIL, INC.; SCHINDLER ELEVATOR CORPORATION; DOES I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No. 2:18-CV-00729-JCM-EJY<br><br>**ORDER** |

Before the Court is ECF No. 50 titled "Unopposed Motion to Vacate Discovery and Pretrial Deadlines Due to Automatic Bankruptcy Stay" (the "Motion").

Other than stating that the Motion is "unopposed" in the title, counsel for Defendants make no representation that they spoke with or otherwise communicated with counsel for Plaintiff and/or that counsel for Plaintiff affirmatively agrees with Defendants' Motion.

Accordingly,

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Vacate Discovery and Pretrial Deadlines Due to Automatic Bankruptcy Stay (ECF No. 50) is DENIED.

IT IS FURTHER ORDERED that the parties shall submit either a stipulation to vacate Defendants' discovery and pretrial deadlines, or counsel for Defendants shall submit a revised unopposed motion within ten days of this Order regarding the requests made in Defendants' Motion.

DATED: October 17, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1