**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

VICTORIA DICILLO,

    Plaintiff(s),

vs.

GGP MEADOWS MALL, LLC, et al.

    Defendant(s).

Case #2:18-cv-00729-JCM-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

__Stephanie V. McGowan__, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Frost Brown Todd LLC
(firm name)

with offices at  201 N. Illinois Street, Suite 1900, P.O. Box 44961 ,
(street address)

Indianapolis ,  Indiana ,  46244-0961 ,
(city)  (state)  (zip code)

317-237-3800 ,  smcgowan@fbtlaw.com .
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Forever 21 Retail, Inc., Schindler Elevator Corp. , GGP Meadows Mall, LLC to provide legal
[client(s)]

representation in connection with the above-entitled case now pending before this Court.

Rev. 5/16

3. That since October 15, 2012 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Indiana (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Indiana State Courts | 10-15-2012 | 30759-49 |
| USDC for the Southern District of Indiana | 10-15-2012 | |
| USDC for the Northern District of Indiana | 10-15-2012 | |
| Seventh Circuit Court of Appeals | 9-21-2018 | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Indianapolis Bar Association
Indiana State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Stephanie V. McGowan*
Petitioner's signature

STATE OF _____Indiana_____ )
                              )
COUNTY OF _____Marion_____ )

__Stephanie V. McGowan__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

*Stephanie V. McGowan*
Petitioner's signature

Subscribed and sworn to before me this

__17th__ day of __December__, __2020__.

*Jeffrey Scott Dible*
Notary Public or Clerk of Court

[Notary seal: JEFFREY SCOTT DIBLE, Fountain County, NOTARY PUBLIC, Commission Number 669879, NOTARY SEAL, Commission Expires Aug. 10, 2023, STATE OF INDIANA]

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Alan W. Westbrook__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Perry & Westbrook, 1701 West Charleston Blvd., Suite 200__,
(street address)

__Las Vegas__, __Nevada__, __89102__,
(city)         (state)      (zip code)

__702-870-2400__, __awestbrook@perrywestbrook.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Alan W. Westbrook_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Jonathan Goulding, Chief Restructuring Officer
_____
(type or print party name, title)   for Forever 21

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
6167            awestbrook@perrywestbrook.com
Bar number            Email address

APPROVED:

Dated: March 1, 2021.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Alan W. Westbrook_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_Matthew S. Schultz_, SENIOR COUNSEL
(type or print party name, title)

_Schindler Elevator Corporation_
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6167      awestbrook@perrywestbrook.com
Bar number          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Alan W. Westbrook_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_Sam Bauer, Mgr, Lit & Risk Mgmt_
(type or print party name, title) for GGP Meadows Mall LLC

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6167                awestbrook@perrywestbrook.com
Bar number          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

STEPHANIE VIRGINIA MCGOWAN

is a member of the bar of said Court since admission on October 15, 2012, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 16th day of December, 2020.

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA