ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 06167
PERRY & WESTBROOK, P.C.
11500 South Eastern, Suite 140
Henderson, NV 89052
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
Email: awestbrook@perrywestbrook.com

KEVIN C. SCHIFERL, ESQ. (*pro hac vice*)
Indiana Bar No. 14138-49
STEPHANIE V. MCGOWAN, ESQ. (*pro hac vice*)
Indiana Bar No. 30759-49
FROST BROWN TODD LLP
201 North Illinois Street, Suite 1900
PO Box 44961
Indianapolis, Indiana 46244
Email:  kschiferl@fbtlaw.com
        smcgowan@fbtlaw.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA DICILLO, individually, | Case No.:  2:18-cv-00729-JCM-EJY |
| Plaintiff, | |
| v. | |
| GGP MEADOWS MALL L.L.C.; FOREVER 21 RETAIL, INC.; SCHINDLER ELEVATOR CORPORATION; DOES I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between the undersigned parties, by counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above-captioned case be dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted this 19th day of December, 2022.

| | |
|---|---|
| */s/ Joshua L. Benson (w/permission)* | */s/ Kevin C. Schiferl* |
| Joshua L. Benson, Esq. | Kevin C. Schiferl |
| Nevada Bar No. 10514 | Indiana State Bar No. 14138-49 (*Pro Hac Vice*) |
| BENSON ALLRED INJURY LAW | Stephanie V. McGowan |
| 333 North Rancho Drive, Suite 420 | Indiana State Bar No. 30759-49 (*Pro Hac Vice*) |
| Las Vegas, NV  89106 | FROST BROWN TODD LLP |
| josh@bensonallred.com | 201 North Illinois Street, Suite 1900 |
| *Attorneys for Plaintiff* | PO Box 44961 |
| | Indianapolis, IN  46244-0961 |
| | kschiferl@fbtlaw.com |
| | smcgowan@fbtlaw.com |
| | |
| | Alan W. Westbrook, Nevada #6167 |
| | Nevada State Bar No. 6167 |
| | PERRY & WESTBROOK, P.C. |
| | 1701 West Charleston, Suite 200 |
| | Las Vegas, NV  89102 |
| | awestbrook@perrywestbrook.com |
| | *Attorneys for Defendants* |

0000HSO.0657366   4892-0908-5253v1

ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 06167
PERRY & WESTBROOK, P.C.
11500 South Eastern, Suite 140
Henderson, NV 89052
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
Email: awestbrook@perrywestbrook.com

KEVIN C. SCHIFERL, ESQ. (*pro hac vice*)
Indiana Bar No. 14138-49
STEPHANIE V. MCGOWAN, ESQ. (*pro hac vice*)
Indiana Bar No. 30759-49
FROST BROWN TODD LLP
201 North Illinois Street, Suite 1900
PO Box 44961
Indianapolis, Indiana 46244
Email:  kschiferl@fbtlaw.com
          smcgowan@fbtlaw.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA DICILLO, individually,  ) | Case No.:   2:18-cv-00729-JCM-EJY |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | |
| GGP MEADOWS MALL L.L.C.; FOREVER  ) | |
| 21 RETAIL, INC.;  ) | |
| SCHINDLER ELEVATOR CORPORATION;  ) | |
| DOES I through X, inclusive; ROE  ) | |
| CORPORATIONS XI through XX, inclusive,  ) | |
| ) | |
| Defendants.  ) | |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, having stipulated to dismissal of this action as to all claims asserted by or among the parties in the above captioned matter, with prejudice, costs paid, and the Court having been duly advised, now grants such Stipulation.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed, with prejudice, costs paid.

DATED December 22, 2022.

_____
UNITED STATES DISTRICT JUDGE

Distribution to All Counsel

0000HSO.0657366   4863-8579-4373v1